1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAJID ALFARAG, | CASE NO. 2:24-cv-02017-LK |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | WITHOUT PREJUDICE |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, et al., | |
| Defendants. | |

This matter comes before the Court sua sponte. On December 10, 2024, pro se Plaintiff Majid Alfarag's application to proceed *in forma pauperis* was granted and his complaint was docketed. Dkt. Nos. 4–5. In the intervening months, summonses have not issued and no Defendant has appeared. On April 29, 2025, the Court ordered Mr. Alfarag to show cause why this action should not be dismissed to failure to prosecute and failure to serve. Dkt. No. 8. The Court allowed 60 days for Mr. Alfarag to respond and take appropriate action, and warned that if he did not, this action would be dismissed. *Id.* at 2. Those 60 days have now passed.

Because Mr. Alfarag has not responded to the Court's order to show cause, or taken any

1    other action since the Court's order, this case is DISMISSED without prejudice. The Clerk of

2    Court is directed to terminate this action.

3

4            Dated this 3rd day of July, 2025.

5

6                                            Lauren King
                                             United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DISMISSING CASE WITHOUT PREJUDICE - 2